E-Filed/JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-1674-GHK (DTBx) | Date | November 4, 2011 |
|---|---|---|---|
| Title | *Deutsche Bank National Trust Co. v. Erickson M. De Guzman, et al.* | | |

**Presiding: The Honorable**  **GEORGE H. KING, U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers) Order Remanding Case**

For the third time, Defendants Erickson M. De Guzman and Rosario K. De Guzman (collectively, "Defendants") removed the above-titled action to this Court.  (*See* No. ED CV 11-973-GHK (DTBx); No. ED CV 11-1460-GHK (DTBx)).  Defendants make no new arguments in their most recent Notice of Removal.  Accordingly, for the reasons articulated in our October 4, 2011 Order, (ED CV 11-1460), we once again **REMAND** this action to the state court from which it was removed.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |